Judgment in a Civil Case

United States District Court<br>WESTERN DISTRICT OF NEW YORK

ANTWAN GREEN

    v.

MR. JOSEPH NOETH, ET AL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-523

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is dismissed.

Date: March 22, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin
    Deputy Clerk